JAMES A. LAGRUTTA v. HARMON NATIONAL REAL ESTATE CORPORATION.— Motion to dismiss appeal granted, without costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

SYLVIA C. RATNER v. GEORGE P. RATNER.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

In the Matter of the Application of DAVID C. BROOKS to Confirm the Award Made under the Arbitration between DAVID C. BROOKS and FRANCIS A. BONNER and Others.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

RUTH MINTZ v. MATTHEW MINTZ.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

JOSEPH E. FRIEDMAN v. HAYWOOD FURNITURE MANUFACTURING COMPANY.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

JOSEPH E. FRIEDMAN v. WAYNESVILLE FURNITURE COMPANY.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

ISIDORE ROSENBLATT v. E. A. WHITE ORGANIZATION, INC.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

MARGARET M. McKENNA v. E. WALTER MITCHELL.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

WOLF BECK v. EMIL CALMAN & COMPANY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

ABRAHAM COHEN v. 470 WEST END AVENUE CORPORATION and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

EDWIN E. LEONHARD v. JOHNSON TRADING CORPORATION, Impleaded with Others.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

In the Matter of the Application of JOHN D. BEALS and Another, as Executors, etc., of JOHN WHALEN, Deceased.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

MAXWELL M. WALLACH, Individually, etc., v. KOLBUSHOWER TEITELBAUM LODGE No. 98 and Others, Impleaded with INDEPENDENT ORDER BRITH ABRAHAM OF THE UNITED STATES OF AMERICA.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

RELIABLE PIECE DYE WORKS, INC., v. MYLES REALTY COMPANY and Another. — Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.